UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GERALDINE HATHORN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:04CV367 TIA |
| | ) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the memorandum and order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the decision of the Commissioner be affirmed.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that claimant's complaint be dismissed with prejudice.

Dated this 11th day of August, 2005.

/s/ Terry I. Adelman
UNITED STATES MAGISTRATE JUDGE